ORIGINAL

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **DRIVE FINANCIAL SERVICES LP,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | |
| | § | |
| **DRIVETIME AUTOMOTIVE GROUP,** | § | |
| **INC., DRIVETIME SALES AND FINANCE** | § | **Civil Action No. 3-05CV-2221M** |
| **CORPORATION, DRIVETIME CAR** | § | |
| **SALES, INC., DT CREDIT** | § | |
| **CORPORATION, DT FINANCE** | § | |
| **CORPORATION, and DT ACCEPTANCE** | § | |
| **CORPORATION** | § | |
| | § | |
| **Defendants.** | § | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUL 1 8 2006

CLERK, U.S. DISTRICT COURT
By _____
Deputy

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Having considered the Joint Motion for Dismissal With Prejudice filed herein by Drive

Financial Services, LP, ("Plaintiff"), and DriveTime Automotive Group, Inc., DriveTime Sales

and Finance Corporation, DriveTime Car Sales, Inc., DT Credit Corporation, DT Finance

Corporation, and DT Acceptance Corporation, ("Defendants"), the Court is of the opinion that

such Joint Motion should be granted.

IT IS, THEREFORE, ORDERED that all claims asserted or unasserted in the above-

entitled and numbered cause are dismissed with prejudice to the rights of any party to refile same

in any form.

IT IS FURTHER ORDERED that all costs of court are taxed against the party by whom

incurred and that this case is removed from the docket of the Court.

Signed this _____18th_____ day of _____July_____ 2006.


_____
JUDGE PRESIDING

APPROVED AS TO FORM AND SUBSTANCE:


s/ Rob D. Range
Rob D. Ramage
Attorney for Plaintiff



s/ Charles M. Hosch
Charles M. Hosch/Gary Crapster
Attorneys for Defendants